# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 2:00CR10101 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| **CLAUDE GENE SLOAN**, | ) | By: James P. Jones |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the defendant's self-styled "MOTION FOR RELIEF OF EXTRINSIC FRAUD/MOTION FOR RELIEF OF MISREPRESENTATION OF FACTS OF THE LAW," which the court construed and filed as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255, is **DENIED** without prejudice as successive, pursuant to § 2255(h).

ENTER: July 9, 2009

/s/ JAMES P. JONES
Chief United States District Judge